M. & O. DISPOSAL CO., ETC., AND DISPOSAL ASSOCIATES, INC., ETC., PLAINTIFFS-APPELLANTS, v. TOWNSHIP OF MIDDLETOWN, A MUNICIPAL CORPORATION, DEFENDANT-RESPONDENT.

Argued May 4, 1968—Decided May 20, 1968.

*Mr. Peter Frederick Williams* argued the cause for appellants (*Messrs. Williams, Willette & Faccone,* attorneys).

*Mr. Vincent C. DeMaio* argued the cause for respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Collester in the Appellate Division, 100 *N. J. Super.* 558.

WEINTRAUB, C. J., and JACOBS and HANEMAN, J. J., concur in result.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.